# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00255-CV

### D. H., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 312,572-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant D. H. filed her notice of appeal on June 2, 2021. The appellate record was complete on June 11, 2021, making appellant's brief due on July 1, 2021. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Stephen DeBye to file appellant's brief no later than July 28, 2021. If the brief is not filed by that date, Mr. DeBye may be required to show cause why he should not be held in contempt of court.

It is ordered on July 8, 2021.

Before Chief Justice Byrne, Justices Triana and Kelly